FERDINAND M. BRANDT, Respondent, *v.* THE MORNING JOURNAL ASSOCIATION, Appellant.

*Brandt* v. *Morning Journal Assn.*, 81 App. Div. 183, affirmed.
(Argued December 8, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

30, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Clarence J. Shearn* for appellant.

*Thomas D. Adams* and *Arthur C. Palmer* for respondent.

Judgment affirmed, with costs, on authority of *Crane* v. *Bennett* (177 N. Y. 106).

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent. HAIGHT, J.